**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Aaron M. Daniels, Esq. (SBN 279681)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
adaniels@aguileragroup.com

Attorneys for Plaintiffs, ST. PAUL MERCURY INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-01469-LJO-GSA<br><br>**ORDER ON REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation by and between Plaintiffs ST. PAUL MERCURY INSURANCE COMPANY; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT (collectively "TRAVELERS") and

Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION (collectively "CENTEX"), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following claims asserted by TRAVELERS against CENTEX within the First Amended Complaint filed by TRAVELERS on September 22, 2014, are voluntarily DISMISSED WITHOUT PREJUDICE:

- TRAVELERS' first and second counts for declaratory relief only as to whether CENTEX breached the cooperation clause in the insurance policies.
- TRAVELERS' first and second counts for breach of contract.
- TRAVELERS' cause of action for equitable reimbursement.

The following claims asserted by TRAVELERS against CENTEX within the First Amended Complaint filed by TRAVELERS on September 22, 2014, remain outstanding:

- TRAVELERS' first and second counts for declaratory relief regarding CENTEX's claimed entitlement to independent counsel.

IT IS SO ORDERED.

**SO ORDERED**
**Dated: January 27, 2015**

/s/ Lawrence J. O'Neill
**United States District Judge**