**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-01469-LJO-EPG<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER RE<br>STIPULATION FOR DISMISSAL** |

Pursuant to the stipulation between Plaintiffs ST. PAUL MERCURY INSURANCE COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION, the above-captioned action is hereby dismissed without prejudice.  Each party is to bear its own costs.

IT IS SO ORDERED.

Dated:  **March 18, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1